IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **RELIANT ENERGY CHANNELVIEW,** | ) | **Case No. 07-11160 (MFW)** |
| **LP, et al.,** | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | **Re: Docket No. 319, 479 & 486** |

**STATEMENT OF ISSUE AND DESIGNATION OF RECORD ON APPEAL OF
KELSON CHANNELVIEW LLC (F/K/A KELSON ENERGY IV LLC) FROM ORDER
APPROVING DEBTORS' PROPOSED BID PROTECTIONS (Dk. No. 319), AND
ORDER AUTHORIZING (I) THE SALE OR TRANSFER OF CERTAIN ASSETS OF
RELIANT ENERGY CHANNELVIEW LP AND RELIANT ENERGY SERVICES
CHANNELVIEW LLC FREE AND CLEAR OF LIENS, CLAIMS AND
ENCUMBRANCES AND OTHER INTERESTS, (II) THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IN CONNECTION THEREWITH, (III) ASSUMPTION OF CERTAIN
LIABILITIES, AND (IV) GRANTING RELATED RELIEF (Dk. No. 479)**

Pursuant to Federal Rule of Bankruptcy 8006, Kelson Channelview LLC (f/k/a Kelson

Energy IV LLC) (the "Appellant"), hereby submits its statement of the issues to be presented and

designates the record on appeal to the United States District Court for the District of Delaware

with respect to the *Order Approving Debtors' Proposed Bid Protections* [Docket No. 319] (the

"Bid Order") and the *Order Authorizing (I) the Sale or Transfer of Certain Assets of Reliant*

*Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens,*

*Claims and Encumbrances and Other Interests, (II) the Assumption and Assignment of Certain*

*Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of*

*Certain Liabilities, and (IV) Granting Related Relief* [Docket No. 479] (the "Sale Order").

**Issue to be Presented on Appeal**

1.      Whether the United States Bankruptcy Court for the District of Delaware

incorrectly denied the award of a break-up fee in the amount of $15,000,000 to Appellant upon

the closing of an Alternative Transaction.[1]

## Designation of Items to be Included in Record on Appeal[2]

### Bid Order Documents

| DATE | DOCKET NUMBER | DOCUMENT |
|------|---------------|----------|
| 08/31/2007 | 69 | Transcript of First Day Motions Before Honorable Mary F. Walrath, Chief Judge |
| 03/07/2008 | 277 | Motion of the Debtors and Debtors-in-Possession to Approve Certain Bid Protections in Connection with the Debtors' Proposed Sale of Substantially All of Their Assets to Kelson Energy IV LLC |
| 03/07/2008 | 278 | Affidavit of Service of Rebecca V. Speaker re: Order (MODIFIED) (A) Granting Expedited Motion of Equistar Chemicals, LP to Continue Hearing on and Objection Deadline for Debtors' Sale Motion (B) Continuing Certain Hearing Dates and Objection Deadlines |
| 03/07/2008 | 280 | Supplemental Affidavit of Service of Rebecca V. Speaker re: Motion of Debtors' and Debtors in Possession to Approving Certain Bid Protection in Connection with the Debtors' Proposed Sale of Substantially all of their Assets to Kelson Energy IV LLC |
| 03/14/2008 | 295 | Objection of Fortistar LLC to Motion of the Debtors and Debtors-In-Possession to Approve Certain Bid Protections in Connection with the Debtors' Proposed Sale of Substantially All of Their Assets to Kelson Energy IV LLC |
| 03/14/2008 | 300 | Response of Official Committee of Unsecured Creditors to Debtors' Motion to Approve Certain Bid Procedures in Connection with the Debtors' Proposed Sale of Substantially All of Their Assets to Kelson Energy IV LLC |
| 03/18/2008 | 319 | Order Approving Debtors' Proposed Bid Protections |
| 03/26/2008 | 335 | Transcript of the Hearing held on March 18, 2008 before the Honorable Mary F. Walrath. |

---

[1]    Capitalized terms not parenthetically defined herein shall have the meaning ascribed to them in the *Motion of the Debtors and Debtors-In-Possession to Approve Certain Bid Protections in Connection with the Debtors' Proposed Sale of Substantially All of their Assets to Kelson Energy IV LLC* [Docket No. 277].

[2]    All items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 03/31/08 | 343 | Preliminary Response of the Official Committee of Unsecured Creditors to the Debtors' Motion, Inter Alia, to Sell Assets and Assume and Assign Executory Contracts |
| 06/13/2008 | 486 | Notice of Appeal from Order Approving Debtor's Proposed Bid Protections (Dk. No. 319), and Order Authorizing (I) The Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumbrances and Other Interests, (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief (Dk. No. 479) |

## Sale Order Documents

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 02/26/2008 | 251 | Motion of the Debtors and Debtors-in-Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 03/04/2008 | 263 | Emergency Motion of Equistar Chemicals, LP to Continue Hearing On and Objection Deadline for Debtors' Motion for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief |
| 03/04/2008 | 264 | Motion for Expedited Consideration of Equistar Chemicals, LP's Emergency Motion to Continue Hearing On and Objection Deadline for Debtors' Motion for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 03/04/2008 | 266 | Order Shortening Notice Period and Response Deadline for, and Scheduling Expedited Hearing on, Equistar Chemicals, LP's Emergency Motion to Continue Hearing on and Objection Deadline for Debtors' Sale Motion |
| 03/05/2008 | 268 | Response of the Debtors and Debtors-in-Possession to the Emergency Motion of Equistar Chemicals, LP to Continue Hearing on and Objection Deadline for Debtors' Motion for an Order Authorizing (I) The Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) The Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief |
| 03/07/2008 | 273 | Certification of Counsel Filed by Equistar Chemicals, LP. |
| 03/07/2008 | 275 | Order (Modified) (A) Granting Expedited Motion of Equistar Chemicals, LP to Continue Hearing on and Objection Deadline for Debtors' Sale Motion and (B) Continuing Certain Hearing Dates and Objection Deadlines |
| 03/11/2008 | 284 | Certificate of Publication of Vicki Eubanks of Notice of Hearing in Connection with the Sale of Assets of Certain Debtors in The Houston Chronicle |
| 03/11/2008 | 285 | Preliminary Objection of Fortistar LLC to Motion of the Debtors and Debtors-In-Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 03/14/2008 | 302 | Objection of Siemens Power Generation, Inc. to (A) Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007, and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief [Docket No. 251]; and (B) Debtors' Motion for Entry of an Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases That are to be Assumed and Assigned in Connection With the Sale of the Debtors' Business [Docket No. 258] |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 03/19/2008 | 325 | Transcript of Hearing held on March 5, 2008 before the Honorable Mary F. Walrath |
| 03/24/2008 | 332 | Certification of Counsel Regarding Stipulated Confidentiality Agreement and Protective Order |
| 03/28/2008 | 340 | Notice of Filing of Revised Schedule 2.1(e) to Asset Purchase Agreement |
| 03/31/2008 | 349 | Preliminary Objections of Equistar Chemicals, LP to Debtors' Motion for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief |
| 04/07/2008 | 363 | Response of the Administrative Agent to the Secured Lenders to the Debtors' Motion Pursuant to Sections 105(a), 363 and 365 Of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 04/07/2008 | 362 | Reply in Further Support of the Debtors' Sale Motion and Motion to Establish Cure Amounts |
| 04/08/2008 | 365 | Notice of Auction Result and Hearing |
| 04/09/2008 | 366 | Notice of Filing of Asset Purchase Agreement |
| 04/16/2008 | 381 | Transcript of Hearing held April 9, 2008 before the Honorable Mary F. Walrath |
| 04/28/2008 | 402 | Certification of Counsel Regarding Proposed Order Denying Motion of the Debtors and Debtors-in-Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 04/28/2008 | 404 | Response of Official Committee of Unsecured Creditors to the Certification of Counsel Regarding Proposed Order Denying Motion of the Debtors and Debtors-In-Possession Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 06/06/2008 | 473 | Certification of Counsel Concerning Motion of the Debtors and Debtors-in-Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 06/09/2008 | 474 | Certification of Counsel Concerning Motion of the Debtors and Debtors-in-Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for an Order Authorizing (I) the Sale or Transfer of Certain Assets of the Debtors Free and Clear of Liens, Claims and Encumbrances, (II) the Assumption and Assignment of Certain Executory Contracts, (III) and Granting Related Relief |
| 06/09/2008 | 479 | Order Authorizing (I) the Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumbrances and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 06/13/2008 | 486 | Notice of Appeal from Order Approving Debtor's Proposed Bid Protections (Dk. No. 319), and Order Authorizing (I) The Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumbrances and Other Interests, (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief (Dk. No. 479) |

## Cash Collateral Documents

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 08/20/2007 | 10 | Emergency Motion of the Debtors for Entry of (I) Interim Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief, and (II) a Final Order in Respect Thereof |
| 08/21/2007 | 24 | Objection to Debtors' Motion for Entry of an Interim Order Authorizing Use of Cash Collateral and Cross Motion for Order Conditioning the Debtors' Continued Use of the Lenders' Collateral Upon Adequate Protection of the Lenders or, in the Alternative, Granting Relief from the Automatic Stay |
| 08/22/2007 | 28 | Certification of Counsel re: Emergency Motion of the Debtors for Entry of (I) Interim Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief, and (II) a Final Order in Respect Thereof |
| 08/23/2007 | 48 | Interim Order (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing, and (III) Granting Related Relief |
| 08/23/2007 | 49 | Notice of (A) Entry of Interim Order Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code (I)Authorizing the Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, and (III) Granting Related Relief and (B) Scheduling of a Final Hearing Thereon |

| DATE | DOCKET NUMBER | DOCUMENT |
|------|---------------|----------|
| 09/7/2007 | 82 | Statement of Equistar Chemicals, LP in Response to (I) Debtors' Motion for Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection and (II) Pre-Petition Lenders' Objection and Cross-Motion |
| 09/17/2007 | 100 | Minute Entry re: Final Cash Collateral |
| 09/17/2007 | 101 | Order (Final) (I) Authorizing Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief |
| 09/24/2007 | 105 | Transcript of Hearing held on September 17, 2007 before the Honorable Mary F. Walrath |
| 01/02/2008 | 195 | Motion of the Debtors for Entry of an Order (A) Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007, (B) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (C) Granting Related Relief |
| 01/02/2008 | 196 | Debtors' Motion for an Order (A) Shortening Notice with Respect to Motion of the Debtors for Entry of an Order (a) Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007, (b) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (c) Granting Related Relief; and (B) Setting Expedited Hearing Date in Connection Therewith |
| 01/04/2008 | 198 | Order (A) Shortening Notice with Respect to Motion of the Debtors for Entry of an Order (a) Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007, (b) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (c) Granting Related Relief; and (B) Setting Expedited Hearing Date in Connection Therewith |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 01/04/2008 | 199 | Notice of "Motion of the Debtors for Entry of an Order (A) Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007, (B) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (C) Granting Related Relief" [Docket No. 195] and Expedited Hearing Thereon |
| 01/10/2008 | 202 | The Official Committee of Unsecured Creditors' Response to Motion of the Debtors for Entry of an Order (A) Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007, (B) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (C) Granting Related Relief |
| 01/15/2008 | 212 | Order Granting Motion of the Debtors for Entry of an Order (A) Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief", Entered September 17, 2007, (B) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection, and (C) Granting Related Relief |
| 03/14/2008 | 304 | Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007 |
| 03/14/2008 | 306 | Debtors' Motion for an Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |

| DATE | DOCKET NUMBER | DOCUMENT |
|------|---------------|----------|
| 03/17/2008 | 309 | Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |
| 03/18/2008 | 318 | Order (Second) Further Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" |
| 04/18/2008 | 383 | Certification of Counsel Concerning Agreed Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] |
| 04/21/2008 | 384 | Order (Agreed) Further Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" |
| 04/21/2008 | 385 | Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |
| 04/21/2008 | 386 | Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101], Entered September 17, 2007 |
| 04/21/2008 | 387 | Debtors Motion for an Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |
| 04/22/2008 | 391 | Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |

| DATE | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 4/30/2008 | 407 | The Official Committee of Unsecured Creditors' Response to Motion of the Debtors for Entry of an Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] Entered September 17, 2007 |
| 05/02/2008 | 422 | Minute Entry re: Cash Collateral and Motion to Appoint a Chapter 11 Trustee and Certification of Counseling re: Sale |
| 05/02/2008 | 423 | Order (Second Agreed) Further Extending Final Order (I) Authorizing The Use Of Cash Collateral And Granting Adequate Protection And (II) Granting Related Relief |
| 05/12/2008 | 433 | Transcript of the Hearing held on May 2, 2008 before the Honorable Mary F. Walrath |
| 05/13/2008 | 437 | Objection of the Administrative Agent to the Prepetition Lenders to Debtors' Motion Seeking the Use of Lenders' Cash Collateral and to the Debtors' Continued Use of Lenders' Collateral Absent Appropriate Adequate Protection |
| 05/19/2008 | 441 | Certification of Counsel Concerning Agreed Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] |
| 05/20/2008 | 445 | Order (Third Agreed) Further Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" |
| 05/30/2008 | 456 | Certification of Counsel Concerning Agreed Order Further Extending "Final Order Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" [Docket No. 101] |
| 06/03/2008 | 462 | Order (Fourth Agreed) Further Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" |
| 06/09/2008 | 478 | Order (Fifth Agreed) Further Extending "Final Order (I) Authorizing the Use of Cash Collateral and Granting Adequate Protection and (II) Granting Related Relief" |
| 06/18/2008 | 489 | Transcript of Hearing held on June 9, 2008 before the Honorable Mary F. Walrath |

Dated: June 23, 2008

Respectfully submitted,

BIFFERATO GENTILOTTI LLC

By: _____

Garvan F. McDaniel, Esq. (#4167)
800 North King Street
Wilmington, DE 19801
Telephone:    (302) 429-1900

-and-

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800