# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RELIANT ENERGY<br>CHANNELVIEW LP, et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 07-11160 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 486 and 493 |

## DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the *Notice of Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) from Order Approving Debtor's Proposed Bid Protections (Dk. No. 319), and Order Authorizing (I) the Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumbrances and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief (Dk. No. 479)* [Docket No. 486] filed by Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) ("Kelson"):[2]

---

[1] The Debtors are Reliant Energy Channelview LP, Reliant Energy Channelview (Texas) LLC ("General Partner"), Reliant Energy Channelview (Delaware) LLC ("Limited Partner, and together with the General Partner, the "Partners"), and Reliant Energy Services Channelview LLC.

[2] Although the Debtors believe that Kelson's appeal was untimely and intend to seek dismissal of the appeal on that ground, the Debtors are designating additional items out of an abundance of caution.

RLF1-3298172-3

**Designation of Additional Items to Be Included in the Record on Appeal[3]**

| Tab | Date | Docket No.[4] | Document |
|---|---|---|---|
| 1. | 9/12/07 | 92 | Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Executory Contract With Siemens Power Generation, Inc. |
| 2. | 9/12/07 | 93 | Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors and Debtors in Possession to File a Certain Confidential Contract Under Seal |
| 3. | 1/17/08 | 215 | Transcript of Hearing Held on January 11, 2008 before the Honorable Mary F. Walrath |
| 4. | 2/5/08 | 228 | Response of Siemens Power Generation, Inc. to the Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Executory Contract With Siemens Power Generation, Inc. |
| 5. | 2/26/08 | 252 | Motion of the Debtors and Debtors-in-Possession for an Order Authorizing the Filing of a Certain Confidential Contract Under Seal |
| 6. | 2/29/08 | 258 | Motion of the Debtors and Debtors-in-Possession for Entry of an Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases that are to be Assumed and Assigned in Connection with the Sale of the Debtors' Business |
| 7. | 3/4/08 | 267 | Notice of Expedited Hearing on Emergency Motion of Equistar Chemicals, LP to Continue Hearing on and Objection Deadline for Debtors' Sale Motion |

---

[3] All items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

[4] Unless otherwise specifically indicated, docket numbers refer to the docket in the main bankruptcy case (Case No. 07-11160) in the United States Bankruptcy Court for the District of Delaware.

RLF1-3298172-3

| Tab | Date | Docket No.[4] | Document |
|---|---|---|---|
| 8. | 3/7/08 | 276 | Notice of (I) Filing of Amended "Exhibit A" to Motion of the Debtors and Debtors-in-Possession for Entry of an Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases that are to be Assumed and Assigned in Connection with the Sale of the Debtors' Business [Docket No. 258] and (II) Hearing and Objection Deadline in Connection Therewith |
| 9. | 3/17/08 | 312 | Order Granting Motion and Authorizing the Debtors, and Directing the Clerk of the Court, to File and Maintain Confidential Contract Under Seal |
| 10. | 3/19/08 | 328 | Affidavit of Service of Rebecca V. Speaker Regarding Order Approving Debtors' Proposed Bid Protections |
| 11. | 3/26/08 | 336 | Certification of Counsel Concerning Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases that are to be Assumed and Assigned in Connection with the Sale of the Debtors' Business |
| 12. | 3/28/08 | 337 | Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases that are to be Assumed and Assigned in Connection with the Sale of the Debtors' Business |
| 13. | 3/31/08 | 341 | Objection of Equistar Chemicals, LP to Debtors' Motion for Entry of an Order Establishing Cure Amounts With Respect to Executory Contracts and Unexpired Leases that are to be Assumed and Assigned in Connection with the Sale of the Debtors' Business |
| 14. | 3/31/08 | 342 | Response of the Official Committee of Unsecured Creditors to the Debtors' Motion to Assume and Assign Executory Contract With Siemens Power Generation, Inc. (Docket No. 92) |
| 15. | 4/23/08 | 392 | Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee |
| 16. | 4/23/08 | 393 | Debtors' Motion for an Order Shortening Notice with Respect to Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee |
| 17. | 4/23/08 | 394 | Order Shortening Notice With Respect to Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee |

RLF1-3298172-3

| Tab | Date | Docket No.[4] | Document |
|---|---|---|---|
| 18. | 4/30/08 | 408 | Response of Official Committee of Unsecured Creditors to Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee |
| 19. | 4/30/08 | 410 | Response of Equistar Chemicals, LP and Joinder in Certain Portions of Debtors' Motion for Entry of an Order Appointing a Chapter 11 Trustee |
| 20. | 5/1/08 | 418 | Debtors' Limited Reply to Response of Equistar Chemicals, LP and Joinder in Certain Portions of Debtors' Motion for Entry of an Order Appointing a Chapter 11 Trustee |
| 21. | 5/5/08 | 425 | Certification of Counsel Regarding the Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee |
| 22. | 5/8/08 | 430 | Order (I) Deferring Motion of the Debtors and Debtors in Possession for Entry of an Order Appointing a Chapter 11 Trustee and (II) Requiring Equistar Chemicals, LP and Reliant Energy Inc. to Mediate Their Dispute |
| 23. | 6/18/08 | 490 | Transcript of Hearing Held on May 14, 2008 before the Honorable Mary F. Walrath |

*[Remainder of page intentionally left blank]*

The Debtors respectfully reserve the right to supplement and amend this designation of additional items for the record on appeal.

Dated: July 3, 2008
      Wilmington, Delaware

                                            */s/ Robert J. Stearn, Jr.*
                                            Mark D. Collins (No. 2981)
                                            Robert J. Stearn, Jr. (No. 2915)
                                            Paul N. Heath (No. 3704)
                                            Marcos A. Ramos (No. 4450)
                                            RICHARDS, LAYTON & FINGER, P.A.
                                            One Rodney Square
                                            920 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 651-7700
                                            Facsimile:  (302) 651-7701

                                            *Attorneys for Debtors and Debtors-in-Possession*

RLF1-3298172-3