IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Reliant Energy Channelview LP et al

| | | |
|---|---|---|
| Kelson Channelview LLC, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-409 |
| v. | ) | |
| | ) | |
| Reliant Energy Channelview LP et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  07-11160 |
| | | AP 08-41 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 3/18/08 and 6/9//08 was docketed in the District Court on 7/7/08:

      Order Approving Debtors' Proposed Bid Protections

      Order Authorizing (I) The Sale or Transfer of Certain Assets of
      Reliant Energy Channelview LP and Reliant Energy Services
      Channelview LLC Free and Clear of Liens, Claims and
      Encumbrances and Other Interests (II) the Assumption
      and Assignment of Certain Executory Contracts and
      Unexpired Leases in Connection therewith (III) Assumption
      of Certain Liabilities and (IV) Granting Related Relief

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                    Peter T. Dalleo
                                                    Clerk of Court

Date:   7/7/08
To:    U.S. Bankruptcy Court
        Counsel