IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RELIANT ENERGY CHANNELVIEW LP, *et al.*,<br><br>———————————————<br>Kelson Channelview LLC,<br><br>        Appellants,<br><br>        v.<br><br>Reliant Energy Channelview, LP, *et al*,<br><br>        Appellee. | Chapter 11<br><br>Case No. 07-11160 (MFW)<br><br><br><br><br>Civil Action No. 08-409 (JJF)<br><br><br>Bankruptcy Appeal No. 08-41 |

**DEBTORS' MOTION TO DISMISS APPEAL OF
KELSON CHANNELVIEW LLC (f/k/a KELSON ENERGY IV LLC)**

Reliant Energy Channelview LP, Reliant Energy Channelview (Texas) LLC, Reliant Energy Channelview (Delaware) LLC and Reliant Energy Services Channelview LLC (collectively, "Debtors") hereby move to dismiss the above-captioned appeal filed by Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) ("Kelson") because Kelson failed to timely file its Notice of Appeal as required by Federal Rule of Bankruptcy Procedure 8002(a). In further support of their Motion, Debtors rely upon their accompanying Opening Brief in Support of Debtors' Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC), filed contemporaneously herewith.

WHEREFORE, Debtors respectfully ask the Court to (i) grant their Motion, (ii) dismiss Kelson's appeal, (iii) enter an order substantially in the form of the proposed order attached hereto as Exhibit A and (iv) award Debtors such other and further relief as is just and proper.

Dated: July 18, 2008
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　/s/ Robert J. Stearn
　　　　　　　　　　　　　　　　Mark D. Collins (No. 2981)
　　　　　　　　　　　　　　　　Robert J. Stearn, Jr. (No. 2915)
　　　　　　　　　　　　　　　　Paul N. Heath (No. 3704)
　　　　　　　　　　　　　　　　Marcos A. Ramos (No. 4450)
　　　　　　　　　　　　　　　　RICHARDS, LAYTON & FINGER, P.A.
　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 651-7700
　　　　　　　　　　　　　　　　Facsimile: (302) 651-7701
　　　　　　　　　　　　　　　　Email: collins@rlf.com
　　　　　　　　　　　　　　　　　　　　stearn@rlf.com
　　　　　　　　　　　　　　　　　　　　heath@rlf.com
　　　　　　　　　　　　　　　　　　　　ramos@rlf.com

　　　　　　　　　　　　　　　　Attorneys for the Debtors

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| RELIANT ENERGY CHANNELVIEW ) | |
| LP, *et al.*, ) | Case No. 07-11160 (MFW) |
| ) | |
| ) | |
| Kelson Channelview LLC, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 08-409 (JJF) |
| ) | |
| Reliant Energy Channelview, LP, *et al.*, ) | |
| ) | Bankruptcy Appeal No. 08-41 |
| Appellee. ) | |

**ORDER GRANTING DEBTORS' MOTION TO DISMISS APPEAL OF
KELSON CHANNELVIEW LLC (f/k/a KELSON ENERGY IV LLC)**

The Court having reviewed Debtors' Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) (the "Motion"), Kelson's opposition to the Motion and Debtors' reply in support of the Motion; and the Court having considered the matter;

IT IS HEREBY ORDERED on this _____ day of _____, 200___ that:

1. The Motion is GRANTED in its entirety.

2. The above-captioned appeal is dismissed with prejudice.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

1

RLF1-3302822-1

## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on July 18, 2008, a copy of the foregoing **Debtors' Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)** was served on the attached service list in the manner indicated thereon.

_____
Marcos A. Ramos (No. 4450)

RLF1-3304129-1

**Local Via Hand Delivery   -   Non-Local Via First Class Mail**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Andrew K. Glenn
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Jonathan B. Alter
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Robert J. Dehney
Curtis Miller
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347
rdehney@mnat.com

Bonnie Glantz Fattell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Mark S. Finkelstein
Jeffery R. Koch
Shannon Martin Finkelstein & Alvarado, P.C.
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

Laura Davis Jones
Pachulski, Stang, Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705

Bonnie Steingart
Brian D. Pfeiffer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

David B. Stratton
Evelyn J. Meltzer
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Francis J. Lawall
Bonnie MacDougal Kistler
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Gregory Werkheiser
Morris Nichols Arsht & Tunnell
P.O. Box 1347
1201 North Market Street
Wilmington, DE 19899

Lawrence M. Handelsman
Harold A. Olsen
Sherry J. Millman
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038

RLF1-3304124-1