IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| RELIANT ENERGY CHANNELVIEW, LP, et al., | : Case No. 07-11160 (MFW) |
| | : |
| Debtors. | : |
| Kelson Channelview LLC, | : |
| | : |
| Appellants, | : |
| | : |
| | : Civil Action No. 08-409 (JJF) |
| v. | : |
| | : Bankruptcy Appeal No. 08-41 |
| Reliant Energy Channelview, LP, et al, | : |
| | : |
| Appellee. | : |

## STIPULATION AND ORDER APPROVING BRIEFING SCHEDULE

WHEREAS, on June 13, 2008, Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) ("Kelson" or "Appellant") filed its *Notice of Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) from Order Approving Debtor's Proposed Bid Protections (Dk. No. 319), and Order Authorizing (I) the Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumberances and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief (Dk. No. 479)* [Dkt. No. 1] ("Notice of Appeal"); and

WHEREAS, on June 23, 2008, Appellant filed a Statement of Issue and Designation of Record on Appeal [Dkt. No. 2] ; and

1

RLF1-3308105-2

WHEREAS, the Notice of Appeal was docketed in this Court on July 7, 2008; and

WHEREAS, on July 18, 2008, Reliant Energy Channelview LP, Reliant Energy Channelview (Texas) LLC, Reliant Energy Channelview (Delaware) LLC and Reliant Energy Services Channelview LLC (collectively, "Debtors") filed their *Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)* (the "Motion") [Dkt. No. 5] and their *Debtors' Opening Brief in Support of Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)* [Dkt. No. 6]; and

WHEREAS, the Parties have agreed to extend their deadlines to file and serve their respective response to, and reply in support of, the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. Appellant shall have through and including August 6, 2008, to file and serve its response to the Motion.

2. Debtors shall have through and including August 20, 2008, to file and serve their reply in support of the Motion.

[Remainder of Page Intentionally Blank]

RLF1-3308105-2

Dated: August 1, 2008
      Wilmington, Delaware

| BIFFERATO GENTILOTTI, LLC | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Garvan F. McDaniel* | */s/ Marcos A. Ramos* |
| Garvan F. McDaniel (No. 4167) | Mark D. Collins (No. 2981) |
| 800 North King Street | Robert J. Stearn, Jr. (No. 2915) |
| Wilmington, Delaware 19801 | Marcos A. Ramos (No. 4450) |
| Telephone: (302) 429-1900 | RICHARDS, LAYTON & FINGER, P.A. |
| Facsimile: (302) 429-8600 | One Rodney Square |
| Email: gmcdaniel@bglawde.com | 920 North King Street |
|  | Wilmington, Delaware 19801 |
| -and- | Telephone: (302) 651-7700 |
|  | Facsimile: (302) 651-7701 |
| Andrew K. Glenn, Esquire | Email: collins@rlf.com |
| Kasowitz, Benson, Torres & Friedman LLP |       stearn@rlf.com |
| 1633 Broadway |       ramos@rlf.com |
| New York, New York 10019 |  |
| (212) 506-1747 | Attorneys for the Debtors |
|  |  |
| Attorneys for Appellant |  |

**IT IS SO ORDERED:**

August _____, 2008

                                              The Honorable Joseph J. Farnan, Jr.