**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RELIANT ENERGY CHANNELVIEW LP, et al, | ) | Case No. 1:08-cv-00409 ( JJF ) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KELSON CHANNELVIEW LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RELIANT ENERGY CHANNELVIEW LP, et al, | ) | |
| | ) | |
| Appellee. | ) | |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

**In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned Mediator reports that the Mediation was NOT completed.**

    (a)  Mediation was stayed due to the filing of a Motion to Dismiss.

    (b)  The following parties failed to appear and/or participate as ordered:

        Not applicable.

    (c)  The outcome of the mediation conference was:

    _____  The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _____  The matter has been partially resolved and counsel (or parties) have been instructed to file appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    _____  The following issues remain for this court to resolve:

  _____  The matter has not been resolved and should proceed to trial.

  **  X  **  **OTHER: Mediation was stayed due to the filing of a Motion to Dismiss.**

Dated: August 6, 2008        /s/ Brian A. Sullivan
                  Brian A. Sullivan (2098)
                  Werb & Sullivan
                  300 Delaware Avenue, 13th Floor
                  Wilmington, DE 19801
                  Telephone: (302) 652-1100

cc: Counsel of Record