IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RELIANT ENERGY CHANNELVIEW, LP, et al. ,** | : | **Case No. 07-11160 (MFW)** |
| | : | |
| Debtors. | : | |
| **Kelson Channelview LLC,** | : | |
| | : | |
| Appellants, | : | |
| | : | |
| | : | **Civil Action No. 08-409 (JJF)** |
| v. | : | |
| | : | **Bankruptcy Appeal No. 08-41** |
| Reliant Energy Channelview, LP, et al, | : | |
| | : | |
| Appellee. | : | |

## STIPULATION AND ORDER APPROVING BRIEFING SCHEDULE

WHEREAS, on June 13, 2008, Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) ("Kelson" or "Appellant") filed its *Notice of Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC) from Order Approving Debtor's Proposed Bid Protections (Dk. No. 319), and Order Authorizing (I) the Sale or Transfer of Certain Assets of Reliant Energy Channelview LP and Reliant Energy Services Channelview LLC Free and Clear of Liens, Claims and Encumberances and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (III) Assumption of Certain Liabilities, and (IV) Granting Related Relief (Dk. No. 479)* [Dkt. No. 1] ("Notice of Appeal"); and

WHEREAS, on June 23, 2008, Appellant filed a Statement of Issue and Designation of Record on Appeal [Dkt. No. 2] ; and

1

RLF1-3308105-3

WHEREAS, the Notice of Appeal was docketed in this Court on July 7, 2008; and

WHEREAS, on July 18, 2008, Reliant Energy Channelview LP, Reliant Energy Channelview (Texas) LLC, Reliant Energy Channelview (Delaware) LLC and Reliant Energy Services Channelview LLC (collectively, "Debtors") filed their *Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)* (the "Motion") [Dkt. No. 5] and their *Debtors' Opening Brief in Support of Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)* [Dkt. No. 6]; and

WHEREAS, on August, 8, 2008, Appellant filed its *Appellant's Answering Brief in Opposition to Motion to Dismiss Appeal of Kelson Channelview LLC (f/k/a Kelson Energy IV LLC)* [Dkt. No. 10]; and

WHEREAS, the parties have agreed to extend Debtors' deadline to file and serve their reply in support of the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1.      Debtors shall have through and including August 29, 2008, to file and serve their reply in support of the Motion.

[Remainder of Page Intentionally Blank]

2

Dated: August 20, 2008
      Wilmington, Delaware


BIFFERATO GENTILOTTI, LLC           RICHARDS, LAYTON & FINGER, P.A.


/s/ Garvan F. McDaniel                /s/ Marcos A. Ramos
Garvan F. McDaniel (No. 4167)         Mark D. Collins (No. 2981)
800 North King Street                Robert J. Stearn, Jr. (No. 2915)
Wilmington, Delaware 19801          Marcos A. Ramos (No. 4450)
Telephone: (302) 429-1900           RICHARDS, LAYTON & FINGER, P.A.
Facsimile: (302) 429-8600            One Rodney Square
Email: gmcdaniel@bglawde.com       920 North King Street
                                   Wilmington, Delaware 19801
-and-                           Telephone: (302) 651-7700
                                   Facsimile: (302) 651-7701
Andrew K. Glenn, Esquire           Email: collins@rlf.com
Kasowitz, Benson, Torres & Friedman LLP        stearn@rlf.com
1633 Broadway                       ramos@rlf.com
New York, New York 10019
(212) 506-1747                     Attorneys for the Debtors

Attorneys for Appellant



**IT IS SO ORDERED**:


      August _____, 2008     _____
                              The Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on August 20, 2008, a copy of the foregoing **Stipulation and Order Approving Briefing Schedule** was served on the attached service list in the manner indicated thereon.

_____
Marcos A. Ramos (No. 4450)

**Local Via Hand Delivery   -   Non-Local Via First Class Mail**

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Andrew K. Glenn
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Jonathan B. Alter
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Robert J. Dehney
Curtis Miller
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347
rdehney@mnat.com

Bonnie Glantz Fattell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Mark S. Finkelstein
Jeffery R. Koch
Shannon Martin Finkelstein & Alvarado, P.C.
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

Laura Davis Jones
Pachulski, Stang, Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705

Bonnie Steingart
Brian D. Pfeiffer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

David B. Stratton
Evelyn J. Meltzer
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Francis J. Lawall
Bonnie MacDougal Kistler
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Gregory Werkheiser
Morris Nichols Arsht & Tunnell
P.O. Box 1347
1201 North Market Street
Wilmington, DE 19899

Lawrence M. Handelsman
Harold A. Olsen
Sherry J. Millman
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038